# Third District Court of Appeal
## State of Florida

Opinion filed June 21, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-0584
Lower Tribunal No. 18-0090

————————————

**Roberto Pardo Molina, et al.,**
Appellants,

vs.

**People's Trust Insurance Company, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Alvarez, Feltman, Da Silva & Costa, PL, and Paul B. Feltman; Legal Armor, and Alian M. Perez, for appellants.

Cole, Scott & Kissane, P.A., and Scott A. Cole; Jonathan Sabghir and Brett Frankel (Deerfield Beach), for appellee.

Before LOGUE, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.